·James V. S. Wooley, Appellant, *v.* Marie Friedlander, Respondent.

(Argued June 6, 1894; decided June 19, 1894.)

Appeal from judgment of the General Term of the Supreme ·Court in the first judicial department, entered upon an order made at the February term, 1893, which affirmed a judgment in favor of defendant entered upon an order dismissing the ·complaint on trial at Circuit.

*J. Treadwell Richards* for appellant.

*Benjamin N. Cardozo* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.